**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* PATRICIA LESKO, <br><br> Relator/Plaintiff, <br><br> v. <br><br> DENVER CENTER FOR THE PERFORMING ARTS, et al., <br><br> Defendants. | Case No. 1:23-cv-02033-PAB <br><br><br> **RELATOR'S NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(A)(1)(A)(i)** |

Relator Patricia Lesko hereby provides notice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), of her voluntary dismissal of the Amended Complaint filed in the above-captioned matter, without prejudice as to the United States of America and without prejudice as to the Relator. The United States has been contacted and does not oppose dismissal of the Amended Complaint provided the dismissal is without prejudice to the United States.

The relevant portion of Fed. R. Civ. P. 41(a)(1)(A)(i) allows any plaintiff to voluntarily dismiss an action by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." The remaining two Defendants named in the Amended Complaint have not been served with a summons or complaint and, accordingly, no answer or other motion has been filed. Therefore, Relator appropriately exercises her rights under Fed. R. Civ. P. 41(a)(1)(A)(i) to dismiss this Amended Complaint.

Relator has been informed that the United States will file a consent to dismissal once this notice is filed, as required by 31 U.S.C. § 3730(b)(1) of the False Claims Act.

Dated:  June 24, 2025                        Respectfully submitted,

                                         */s/ Susan M. Coler*
Susan M. Coler, MN No. 217621
HALUNEN LAW
1650 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone:  (612) 605-4098
Facsimile:  (612) 605-4099
coler@halunenlaw.com

*ATTORNEY FOR RELATOR*

2