IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *ex rel.* PATRICIA LESKO, | ) ) ) | CASE NO:  1:23-cv-2033 |
| Plaintiff-Relator, | ) | JUDGE PAMELA A. BARKER |
| v. | ) ) | |
| DENVER CENTER FOR THE PERFORMING ARTS, et al., | ) ) ) | NOTICE OF CONSENT TO DISMISSAL |
| Defendants. | ) | |

## THE UNITED STATES' NOTICE OF CONSENT TO DISMISSAL

On June 24, 2025, Relator Patricia Lesko filed a Notice of Voluntary Dismissal Without Prejudice of this action.  Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(1), the United States hereby notifies the Court that the Attorney General consents to the dismissal of this action without prejudice to the rights of the United States, based on its determination that such a dismissal is commensurate with the public interest and that the matter does not warrant the continued expenditure of government resources to pursue or monitor the action based on currently available information.

The United States requests, pursuant to 31 U.S.C. § 3730(b), that the relator's amended complaint be unsealed.

A proposed order accompanies this notice.

Respectfully submitted,

CAROL M. SKUTNIK
Acting United States Attorney

/s/ *Kathryn G. Andrachik*

Kathryn G. Andrachik (OH 0093998)
Assistant United States Attorney
United States Court House
801 West Superior Avenue, Suite 400
Cleveland, OH 44113
(216) 622-3804
(216) 522-2404-(facsimile)
E-Mail: Kathryn.Andrachik@usdoj.gov

ATTORNEY FOR THE
UNITED STATES OF AMERICA